_____

No. 95-1287
_____

Dodson, Inc.; Ken Walters,              *
doing business as Day or Night          *
Plumbing; Gary Buchheit; Charles        *
Fite's Cabinet Shop; Kenneth G.         *
Breckenridge,                           *
                                        *
            Appellees,                  *
                                        *
    v.                                  *  Appeal from the United States
                                        *  District Court for the
Inalene Lewis, also known as            *  Western District of Arkansas.
Inalene Lang, also known as             *
Inalene Lane,                           *        [UNPUBLISHED]
                                        *
            Appellant,                  *
                                        *
United States of America, doing         *
business as Farmers Home                *
Administration,                         *
                                        *
            Appellee.                   *
                            _____

                Submitted: February 29, 1996

                    Filed: March 11, 1996
                            _____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
                            _____

PER CURIAM.


        Inalene Lewis Lang appeals the district court's[1] distribution of
$23,938.16 in insurance proceeds to the Farmers Home Administration.
Having reviewed the record and the parties' briefs, we conclude that no
error of law or fact appears and that an opinion would lack precedential
value.

_____

        [1]The Honorable Jimm Larry Hendren, United States District
Judge for the Western District of Arkansas.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

    Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.